UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO: MJ-09-4109-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER DISMISSING** |
| | ) | **COMPLAINT** |
| MARCUS ANTHONY TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the case in the above-entitled matter is dismissed. The Court makes no judgment as to the merit or wisdom of this dismissal.

DATED this 18th day of March, 2010.


                                    s/ James P. Hutton
                                   JAMES P. HUTTON
                            UNTIED STATES MAGISTRATE JUDGE